United States District Court
Southern District of Texas
**ENTERED**
December 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Basic Solutions Ltd., Co., | § § § § | |
| Plaintiff, v. | § § § | Civil Action No.   H-20-1976 |
| Rio Grande Food Products, Inc., | § § § | |
| Defendants. | § | |

## ORDER

Pursuant to the Stipulation to Dismissal of Claims filed on December 11, 2020 the above referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

Signed this ___14___ day of December, 2020.

DAVID HITTNER
United States District Judge